UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                    Case No: 19-26821-JKO
                                          Chapter 13
KATRINA LYNN VALENTINO
_____Debtor._____/

**DEBTORS' MOTION TO PAY 5% INTEREST ON PRIORITY CLAIM FILED BY
THE DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE**

The Debtor, KATRINA LYNN PETRISKO, by and through undersigned counsel, file this Motion to Pay 5% Interest on Priority Claim Filed by the Department of the Treasury – Internal Revenue Service and state the following:

1. On December 17, 2019, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Department of the Treasury – Internal Revenue Service (the "Internal Revenue Service") has not yet filed a timely Proof of Claim, however, the Debtor believes to have liability to the Internal Revenue Service in the amount of $3,576.33.

3. The governmental bar date has not yet been established, but the Debtor wishes, in good faith, to provide payment to the Internal Revenue Service based on expected tax liability.

4. The Debtor wishes to pay the 5% interest to the Internal Revenue Service within the plan as this non-dischargeable debt may severely hamper their ability to effectually reorganize and jeopardizes their fresh start should the increase not be permitted.

5. In the event that the Internal Revenue Service amends its' claim, the Debtor retains her right to either: file a Motion to Amend the Order on the instant Motion; file a Motion to Modify Plan in order to adjust the amount accordingly; or to file an Objection to the Amended Proof of Claim.

**WHEREFORE**, the Debtor requests the entry of an Order allowing her to pay the Department of the Treasury – Internal Revenue Service a 5% interest on the priority claim amount through the Chapter 13 plan and further relief as this Court deems just and proper.

Respectfully submitted on this 17th day of December 2019

                                              **VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
chad@cvhlawgroup.com
By: /s/ Chad Van Horn, Esq.
Chad Van Horn, Esq.
FL Bar 64500