

**ORDERED in the Southern District of Florida on January 14, 2020.**

**John K. Olson, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                    Case No: 19-26821-JKO
                                                                                            Chapter 13
KATRINA LYNN VALENTINO
_____Debtor_____/

### ORDER GRANTING DEBTOR'S MOTION TO PAY INTEREST ON PROJECTED PRIORITY CLAIM, NOT YET FILED BY THE DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE, DE# 10

THIS CAUSE came to be heard on the consent calendar on January 6, 2020 at 1:00 p.m. on the Debtor's Motion to Pay Interest on Priority Claim to be Filed by the Department of the Treasury – Internal Revenue Service, (DE #10; the "Motion"). The Court, having reviewed the Motion, with no one having appeared in opposition, finds that good cause exists to grant the Motion. It is so **ORDERED**:

1. The Motion is **GRANTED**.

2. The Department of the Treasury – Internal Revenue Service ("IRS"), shall timely file a claim by the governmental claims bar date of June 15, 2020, and shall receive 5% interest of the projected liability for the tax year of 2018 in the amount of $ 473.07 on the unsecured priority amount of $ 3576.33 for a total of $ 4049.40 to be applied towards the Debtor's 2018 tax period.

3. The Debtor has an undetermined balance due for the secured and general unsecured debt due and owing to the IRS as no claim has been filed to date.

###

Submitted by:

Chad Van Horn, Esq.
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave. Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.*