**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                 Case No: 19-26821-PGH
                                                                              Chapter 13
KATRINA LYNN VALENTINO
_____Debtor_____/

**OBJECTION TO CLAIM #9-1 FILED BY DEPARTMENT OF**
**THE TREASURY – INTERNAL REVENUE SERVICE**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 9-1 | Department of the Treasury - Internal Revenue Service | $6,712.14 | On or about February 26, 2020, the Claimant filed a proof of claim in the amount of $6,712.14 comprised of $4,660.34 in unsecured priority debt and $2,051.80 in unsecured general debt. The proof of claim includes estimated business taxes for a business that the Debtor did not own. The proof of claim also includes the Debtor's tax liability for the 2016 and 2018 tax periods totaling $2,960.34. Therefore, the proof of claim should be allowed with a reduced unsecured priority claim amount of $2,960.34 and an unsecured general claim amount of $0.00. |

LF-70 (rev. 12/01/09)

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Respectfully submitted this 28th day of February, 2020.

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad Van Horn, Esq.
Chad Van Horn, Esq.
FL Bar 64500

LF-70 (rev. 12/01/09)