UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:  Case No.: 19-26821-PGH
Chapter 13

KATRINA LYNN VALENTINO
_____Debtor_____/

## DEBTOR'S MOTION TO TOLL

The Debtor, KATRINA LYNN VALENTINO, by and through his undersigned attorney and files this Motion to Toll, and in support thereof would show as follows:

1. On December 17, 2019, the Debtor filed a Petition for Relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor timely filed all Schedules required pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure.

3. On or about October 18, 2019, the Debtor paid $3,200.00 to her wife's parents, Christine Fox and Drew Fox for the repayment of a loan.

4. The undersigned counsel has been unable to get in contact with Christine Fox and Drew Fox in order for them to sign the Tolling Agreement.

5. The Trustee has asserted claims that the transfer and the Transferee's interest in the Property are avoidable under 11 U.S.C. Sections 544, 545, 547, 548, or 549 ("the Claims").

6. The Claims Bar date was February 26, 2020.

**WHEREFORE**, Debtors, KATRINA LYNN VALENTINO, respectfully moves this Court to enter and order tolling the preferential payment made to Christine Fox and Drew Fox, and for such other and further relief as justice may require.

**I HEREBY CERTIFY** that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 910 (d) (1) & (2).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Toll were furnished by U.S. Mail and/or CM/ECF to the parties on the attached matrix on this 28th day of February, 2020.

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar 64500