

**ORDERED in the Southern District of Florida on April 7, 2020.**

                                                  **Paul G. Hyman, Jr., Judge**
                                                  **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

IN RE:

KATRINA LYNN VALENTINO,                       Case No.: 19-26821-PGH

        Debtor.             /                      Chapter 13

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM #9-1 FILED BY THE DEPARTMENT OF THE TREASURY- INTERNAL REVENUE SERVICE (DE 27)

      **THIS MATTER** came before the Court on the consent portion of the Chapter 13 calendar on April 6, 2020 at 1:00 P.M., for hearing on Debtor's Objection to Claim #9-1 filed by the Department of the Treasury- Internal Revenue Service (DE #27; the "Objection"). The Court,

having reviewed the Objection, no one having appeared in opposition, finds that good cause exists to sustain the Objection. It is so **ORDERED**:

1. The Objection to Claim #9-1 is **SUSTAINED**.

2. Claim #9-1 filed by the Department of the Treasury- Internal Revenue Service is allowed with a reduced unsecured priority claim amount of $2,960.34 and an unsecured general claim amount of $0.00.

# # #

Submitted by:

Chad Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*