

**ORDERED in the Southern District of Florida on April 7, 2020.**

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

In re:                                                    Case No: 19-26821-PGH
                                                          Chapter 13
KATRINE LYNN VALENTINO,
              Debtor.           /

**ORDER GRANTING DEBTOR'S MOTION TO TOLL (DE 31)**

THIS MATTER came to be heard on April 6, 2020 at 1:00 PM, upon *Debtor's Motion to Toll* (DE #31; the "Motion"). The Court, having reviewed the Motion, no one having appeared in opposition, finds that good cause exists to grant the Motion. It is so **ORDERED**:

1. The Motion is **GRANTED**.

2. The Trustee's potential claim to the $3,200.00 repaid as a loan, pre-petition, from the Debtor to her wife's parents, Christine Fox and Drew Fox is tolled during the pendency of this Chapter 13 case.

###

Submitted by:

Chad Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*