

**ORDERED in the Southern District of Florida on April 13, 2020.**

*Paul G. Hyman, Jr.,Judge*
*United States Bankruptcy Court*

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 19-26821-PGH |
| | Chapter 13 |
| KATRINA LYNN VALENTINO | |
|           Debtor      / | |

**AMENDED ORDER GRANTING DEBTOR'S MOTION TO PAY**
**INTEREST ON PRIORITY CLAIM #9 OF THE DEPARTMENT OF TREASURY –**
**INTERNAL REVENUE SERVICE, DE# 10**
**[Amendment to be made: The Debtor was successful in objecting to the priority portion of**
**Claim # 9 filed by the Internal Revenue Service, reducing the priority claim amount to**
**$ 2,960.34 with a general unsecured claim of $ 0.00, DE# 41]**

THIS CAUSE came to be heard on the consent calendar on January 6, 2020 at 1:00 p.m. on the Debtor's Motion to Pay Interest on Priority Claim Filed by the Department of the Treasury – Internal Revenue Service, (DE #10; the "Motion"). The Court, having reviewed the Motion, with no one having appeared in opposition, finds that good cause exists to grant the Motion. It is so **ORDERED**:

1. The Motion is **GRANTED**.

2. The Department of the Treasury – Internal Revenue Service ("IRS"), shall receive 5% interest on the liability for the tax year of 2016 and 2018 in the amount of $ 391.86 on the unsecured priority amount of $ 2,960.34 for a total of $ 3,352.20.

3. The Debtor has a zero dollar liability for any general unsecured debt due and owing to the IRS.

###

Submitted by:

Chad Van Horn, Esq.
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave. Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.*